## McGUIRE v. McGUIRE.

No. 11224—Opinion Filed March 30, 1920.

Rehearing Denied April 27, 1920.

(Syllabus by the Court.)

**Appeal and Error—Case-Made—Extension of Time—Powers of Special Judge.**

After a special judge has ceased to sit as a court, he has no power to extend the time for making and serving a case-made in any action tried before him, and when he attempts to do so his act is a nullity.

Error from District Court, Lincoln County; C. M. Feuquay, Special Judge.

Asp, Snyder, Owen & Lybrand, for plaintiff in error.

F. A. Rittenhouse, for defendant in error.

Action between Charles L. McGuire and Irene Frances McGuire. From the judgment, the former brings error. Dismissed.

OWEN, C. J. It appears on motion to dismiss that at the time of overruling the motion for new trial an order was entered by the special judge, before whom the case was tried, extending the time in which to prepare and serve case-made, and thereafter orders were entered by the special judge granting additional extensions.

It has been repeatedly held that a special judge, after he has ceased to sit in the trial of the case, has no power to extend the time for making and serving a case-made. First State Bank v. School District, 63 Oklahoma, 164 Pac. 102; Osborne v. C., R. I. & P. R.

Co., 45 Okla. 817, 147 Pac. 301; Bradley v. Farmers State Bank, 45 Okla. 763, 147 Pac. 302.

The appeal is dismissed.

KANE, RAINEY, PITCHFORD, JOHNSON, McNEILL, and BAILEY, JJ., concur.